

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Amanda Marie Coci and
Heart of Texas EMS, Inc.,
d/b/a Heart of Texas EMS,

\* From the 35th District Court
  of Brown County,
  Trial Court No. CV1801020.

Vs. No. 11-18-00353-CV

\* September 12, 2019

April Dower,

\* Opinion by Wright, S.C.J.
  Dissenting Opinion
  by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Amanda Marie Coci and Heart of Texas EMS, Inc., d/b/a Heart of Texas EMS.